UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCHILLER GROUNDS CARE, INC.,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>SOURCEONE, INC.,  )<br>)<br>and  )<br>)<br>BILLY GOAT INDUSTRIES, INC.,  )<br>)<br>Defendants.  )<br>) | Civil Action No. 2:18-cv-04524-MAK |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff Schiller Grounds Care, Inc., by its attorneys, Lamson Dugan & Murray LLP, hereby gives notice that defendant Billy Goat Industries, Inc. is voluntarily dismissed, *with prejudice*, from the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED this 7th day of March, 2019.

SCHILLER GROUNDS CARE, INC.,
Plaintiff,

By:   s/ John D. Simmons
John D. Simmons (Bar No. 202,405)
Keith Jones (Bar No. 313,116)
PANITCH SCHWARZE BELISARIO & NADEL
Two Commerce Square
2001 Market Street, Suite 2800
Philadelphia, PA 19103
Tel: (215) 965-1330

Fax: (215) 965-1331

kjones@panitchlaw.com

Brian J. Brislen (*pro hac vice to be filed*)
Cathy S. Trent-Vilim (*pro hac vice to be filed*)
LAMSON, DUGAN & MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
Tel: (402) 397-7300
Fax (402) 397-7824
bbrislen@ldmlaw.com
ctrent-vilim@ldmlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2019, I electronically filed the foregoing Amended Complaint with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Adam J. Prochaska
O'NEILL HEINRICH DAMKROGER
   BERGMEYER & SHULTZ, PC, LLO
800 Lincoln Square
121 South 13th Street
PO Box 82028
Lincoln, NE 68501
*ATTORNEYS FOR SOURCEONE, INC.,*
*(admitted proc hac vice)*

John D. Simmons
Keith Jones
PANITCH SCHWARZE BELISARIO
  & NADEL
Two Commerce Square
2001 Market Street, Suite 2800
Philadelphia, PA 19103
*ATTORNEYS FOR SCHILLER*
*GROUNDS CARE, INC.*

Edward G. Biester, III
Leah Ariel Mintz
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
*ATTORNEYS FOR BILLY GOAD*
*INDUSTRIES, INC.*

Anne-Louise T. Mittal
Elizabeth A.N. Haas
Trent M. Johnson
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
*ATTORNEYS FOR BILLY GOAT*
*INDUSTRIES, INC. (admitted pro hac vice)*

                                    s/ John D. Simmons
                                    John D. Simmons