## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCHILLER GROUNDS CARE, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-4524 |
| | : | |
| SOURCEONE, INC. | : | |

## ORDER

AND NOW, this 25th day of March 2019, upon considering Defendant's Motion to dismiss or stay under *Colorado River* abstention (ECF Doc. No. 47), oral argument, and Plaintiff's consent to the Motion based on Defendant's agreement to file an Answer (and not move to dismiss) the Plaintiff's pending Amended Counterclaim in the earlier filed *SourceOne, Inc. v. Schiller Grounds Care, Inc.* in the District Court of Lancaster County, Nebraska raising the same claims filed here on March 8, 2019 and to agree to toll statutes of limitations on Plaintiff's pending claims in both courts between October 22, 2018 and March 8, 2019, it is **ORDERED**:

1.    Defendant's Motion to dismiss (ECF Doc. No. 47) is **GRANTED** without prejudice;

2.    The parties shall now proceed on all pending claims in the earlier-filed Nebraska action; and,

3.    The Clerk of Court shall **close** this case.

KEARNEY, J.